**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> **CBC RESTAURANT CORP.**, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10245 (KBO) <br><br> (Jointly Administered) |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CBC RESTAURANT CORP.**, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **SSCP RESTAURANT INVESTORS LLC,** <br><br> Defendant. | Adv. No. 23-50386 (KBO) |

**NOTICE OF FILING *PROPOSED* REDACTED COMPLAINT AGAINST SSCP RESTAURANT INVESTORS LLC FOR DISALLOWANCE OF A PORTION OF ITS CLAIM, DECLARATORY RELIEF, AND EQUITABLE SUBORDINATION**

**PLEASE TAKE NOTICE** that on May 19, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession, filed the attached *proposed* redacted version of the **Complaint Against SSCP Restaurant Investors LLC for Disallowance of a Portion of its Claim, Declaratory Relief, and Equitable Subordination** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include CBC Restaurant Corp. (0801), Corner Bakery Holding Company (3981), and CBC Cardco, Inc. (1938). The Debtors' service address is 121 Friends Lane, Ste. 301, Newtown, PA 18940.

| | |
|---|---|
| Dated: May 19, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman*<br>Christopher M. Samis (No. 4909)<br>Aaron H. Stulman (No. 5807)<br>Gregory J. Flasser (No. 6154)<br>Levi Akkerman (No. 7015)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>        astulman@potteranderson.com<br>        gflasser@potteranderson.com<br>        lakkerman@potteranderson.com<br><br>- and -<br><br>Jason M. Torf, Esq.<br>Thomas R. Fawkes, Esq.<br>Brian J. Jackiw, Esq.<br>**TUCKER ELLIS LLP**<br>233 S. Wacker Dr., Suite 6950<br>Chicago, Illinois 60606<br>Telephone: (312) 624-6300<br>Facsimile: (312) 624-6309<br>Email: jason.torf@tuckerellis.com<br>        thomas.fawkes@tuckerellis.com<br>        brian.jackiw@tuckerellis.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |

IMPAC 10823009v.1